**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Email: aapton@zlk.com
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel.: 415-373-1671
Fax: 415-484-1294

*Attorneys for Lead Plaintiffs*
*and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEIL COSTANZO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DXC TECHNOLOGY COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY, RISHI VARNA, TIMOTHY C. STONESIFER, JEREMY K. COX, MUKESH AGHI, AMY E. ALVING, DAVID HERZOG, SACHIN LAWANDE, J. MICHAEL LAWRIE, JULIO A. PORTALATIN, PETER RUTLAND, MANOJ P. SINGH, MARGARET C. WHITMAN, and ROBERT F. WOODS, <br><br> Defendants. | Case No. 5:19-CV-05794-BLF <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** <br><br> Date: June 4, 2020 <br> Time: 9:00 a.m. <br> Place: Courtroom 3, 5th Floor <br> Judge: Hon. Beth Labson Freeman |

DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS
CASE NO. 5:19-CV-05794-BLF

I, Adam M. Apton, declare under penalty of perjury as follows:

1.      I am a partner in the law firm of Levi Korsinsky, LLP, attorneys for Lead Plaintiffs Neil Costanzo, Ronald Jackson, and Ronald W. Fallness, and Lead Counsel for the Class. I am admitted to the Bar of the Sate of California and authorized to practice before this Court. I am personally familiar with the contents of this declaration and could and would testify competently thereto if necessary.

2.      Attached as Exhibit 1 hereto is a true and correct copy of an Order Instituting Public Administrative and Cease-and-Desist Proceedings Pursuant to Section 8A of the Securities Act of 1933, Sections 4C and 21C of the Securities Exchange Act of 1934, and Rule 102(e) of the [Securities and Exchange] Commission's Rules of Practice, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order ("Order"), in *In the Matter of Computer Sciences Corporation, et al.*, Administrative Proceeding File No. 3-16575, dated June 5, 2015.

Executed on April 9, 2020, in Washington, DC.


*/s/ Adam M. Apton*