**KIRBY McINERNEY LLP**
Robert J. Gralewski, Jr. (#196410)
600 B Street, Suite 2110
San Diego, California 92101
Telephone: (619) 784-1442
Email: bgrawleski@kmllp.com

Ira M. Press
Daniel Hume
Thomas W. Elrod
Meghan J. Summers
250 Park Avenue, Suite 820
New York, New York 10117
Telephone: (212) 371-6600
Email: ipress@kmllp.com
         dhume@kmllp.com
         telrod@kmllp.com
         msummers@kmllp.com

*Counsel for the Kingstown Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL COSTANZO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DXC TECHNOLOGY COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY, RISHI VARNA, TIMOTHY C. STONESIFER, JEREMY K. COX, MUKESH AGHI, AMY E. ALVING, DAVID HERZOG, SACHIN LAWANDE, J. MICHAEL LAWRIE, JULIO A. PORTALATIN, PETER RUTLAND, MANOJ P. SINGH, MARGARET C. WHITMAN, and ROBERT F. WOODS,<br><br>Defendants. | Case No. 5:19-cv-05794-BLF<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND MEMORANDUM OF LAW IN SUPPORT THEREOF** |

*Caption continues on the next page*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND
MEMORANDUM OF LAW IN SUPPORT THEREOF

KINGSTOWN PARTNERS MASTER LTD.,
KINGSTOWN PARTNERS II, LP, KTOWN, LP,
and KINGFISHERS, LP

        Plaintiff,

      v.

DXC TECHNOLOGY COMPANY, HEWLETT
PACKARD ENTERPRISE COMPANY, RISHI
VARNA, TIMOTHY C. STONESIFER, JEREMY
K. COX, MUKESH AGHI, AMY E. ALVING,
DAVID HERZOG, SACHIN LAWANDE, J.
MICHAEL LAWRIE, JULIO A. PORTALATIN,
PETER RUTLAND, MANOJ P. SINGH,
MARGARET C. WHITMAN, ROBERT F.
WOODS, and PAUL N. SALEH,

        Defendants.

Case No. 4:20-cv-02185-JSW

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND
MEMORANDUM OF LAW IN SUPPORT THEREOF

Plaintiffs Kingstown Partners Master Ltd., Kingstown Partners II, LP, Ktown, LP, and Kingfishers, LP (collectively, the "Kingstown Plaintiffs") submit this motion, pursuant to Civil Local Rules 3-12(b) and 7-11(a), to consider whether the above-listed action, *Kingstown Partners Master Ltd., et al. v. DXC Technology Company, et al.*, Case No. 4:20-cv-02185-JSW (the "*Kingstown* Action"), filed on March 31, 2020 and pending before Judge Jeffrey S. White, should be related to *Costanzo v. DXC Technology Company, et al.*, Case No. 5:19-cv-05794-BLF (the "*Costanzo* Action"), a putative class action pending before Judge Bath Labson Freeman of the Northern District of California.

Pursuant to Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The *Kingstown* Action and *Costanzo* Action meet those criteria.

First, the Kingstown Plaintiffs are bringing claims against DXC Technology Company ("DXC"), Hewlett Packard Enterprise Company, and various individuals that are substantially similar to the claims Plaintiffs in the *Costanzo* Action have brought against the same defendants.[1] Both cases are based on allegations related to the same or similar representations in, *inter alia*, a DXC registration statement and other public filings.

Second, given the similarities listed above, conducting the cases separately would result in an undue burden for the Court. Because the cases concern the same defendants, the same events, and substantially similar allegations and issues, there is the potential for duplicative labor and expense for the Courts, as well as for inconsistent and conflicting opinions.

Finally, counsel for the Kingstown Plaintiffs informed counsel listed for Defendants in the *Costanzo* Action and *Kingstown* Action of this motion. Defendants consent to the relief sought.

---

[1] The *Kingstown* Action alleges claims against all of the defendants in the *Costanzo* Action as well as an additional defendant, Paul N. Saleh.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND MEMORANDUM OF LAW IN SUPPORT THEREOF - 1

Because the cases are substantially similar, and in order to avoid undue burdens on the Court and the potential for conflicting results, the cases should be related.

Dated: April 23, 2020

Respectfully submitted,

/s/ *Robert J. Gralewski, Jr.*

**KIRBY McINERNEY LLP**
Robert J. Gralewski, Jr. (#196410)
600 B Street, Suite 2110
San Diego, California 92101
Telephone: (619) 784-1442
Email: bgrawleski@kmllp.com

Ira M. Press
Daniel Hume
Thomas W. Elrod
Meghan J. Summers
250 Park Avenue, Suite 820
New York, New York 10117
Telephone: (212) 371-6600
Email: ipress@kmllp.com
       dhume@kmllp.com
       telrod@kmllp.com
       msummers@kmllp.com

*Counsel for the Kingstown Plaintiffs*