**KIRBY McINERNEY LLP**
Robert J. Gralewski, Jr. (#196410)
600 B Street, Suite 2110
San Diego, California 92101
Telephone: (619) 784-1442
Email: bgrawleski@kmllp.com

Ira M. Press
Daniel Hume
Thomas W. Elrod
Meghan J. Summers
250 Park Avenue, Suite 820
New York, New York 10117
Telephone: (212) 371-6600
Email: ipress@kmllp.com
        dhume@kmllp.com
        telrod@kmllp.com
        msummers@kmllp.com

*Counsel for the Kingstown Plaintiffs*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL COSTANZO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DXC TECHNOLOGY COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY, RISHI VARNA, TIMOTHY C. STONESIFER, JEREMY K. COX, MUKESH AGHI, AMY E. ALVING, DAVID HERZOG, SACHIN LAWANDE, J. MICHAEL LAWRIE, JULIO A. PORTALATIN, PETER RUTLAND, MANOJ P. SINGH, MARGARET C. WHITMAN, and ROBERT F. WOODS, <br><br> Defendants. | Case No. 5:19-cv-05794-BLF <br><br><br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

*Caption continues on the next page*

KINGSTOWN PARTNERS MASTER LTD., KINGSTOWN PARTNERS II, LP, KTOWN, LP, and KINGFISHERS, LP

Case No. 4:20-cv-02185-JSW

Plaintiff,

v.

DXC TECHNOLOGY COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY, RISHI VARNA, TIMOTHY C. STONESIFER, JEREMY K. COX, MUKESH AGHI, AMY E. ALVING, DAVID HERZOG, SACHIN LAWANDE, J. MICHAEL LAWRIE, JULIO A. PORTALATIN, PETER RUTLAND, MANOJ P. SINGH, MARGARET C. WHITMAN, ROBERT F. WOODS, and PAUL N. SALEH,

Defendants.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

This Court, having considered the administrative motion by Kingstown Partners Master Ltd., Kingstown Partners II, LP, Ktown, LP, and Kingfishers, LP (collectively, the "Kingstown Plaintiffs") to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11,

HEREBY ORDERS THAT the action entitled *Kingstown Partners Master Ltd., et al. v. DXC Technology Company, et al.*, Case No. 4:20-cv-02185-JSW, is hereby related to the action entitled *Costanzo v. DXC Technology Company, et al.*, Case No. 5:19-cv-05794-BLF.

IT IS FURTHER ORDERED THAT pursuant to Civil Local Rule 3-12(f)(3), the Clerk should reassign the above case to the undersigned.

**IT IS SO ORDERED.**

DATED: _____          _____

                                               Hon. Beth Labson Freeman
                                               United States District Judge