**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

NEIL COSTANZO, et al.,

Plaintiffs,

v.

DXC TECHNOLOGY COMPANY, et al.,

Defendants.

Case No. 19-cv-05794-BLF

**ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES AND DIRECTING PARTIES TO FILE JOINT STATEMENT REGARDING CONSOLIDATION**

[Re: ECF 50]

On April 23, 2020, plaintiffs in *Kingstown Partners Master Ltd., et al. v. DXC Technology Company, et al.*, Case No. 4:20-cv-02185-JSW (the "Kingstown Action"), pending before the Honorable Jeffrey S. White filed an administrative motion to related the above-captioned case (the "Costanzo Action"), under Civil Local Rule 3-12, to relate the Kingstown Action to the Costanzo Action. ECF 50. Kingstown Plaintiffs inform the Court that Defendants in the Costanzo Action and Kingstown Action consent to the relief sought. *Id.* Plaintiffs in the Costanzo Action have not opposed the administrative motion. Because the cases are related within the meaning of Civil Local Rule 3-12, the Court hereby GRANTS the administrative motion to relate the two cases and ORDERS that the Kingstown Action (20-cv-02185-JSW) be REASSIGNED to the undersigned.

The Court is considering whether the cases should be consolidated. The parties in the Kingstown Action and the Costanzo Action are hereby DIRECTED to submit a joint statement regarding whether the cases should be consolidated and whether a consolidated complaint should be filed. The joint statement shall be filed **on or before May 13, 2020.**

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: April 29, 2020

_____
BETH LABSON FREEMAN
United States District Judge