GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay (#270796)
Kara M. Wolke (#241521)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: kwolke@glancylaw.com

*Counsel for Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NEIL COSTANZO, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:19-CV-05794-BLF |
| Plaintiff, | **PLAINTIFFS' RESPONSE TO DISCLOSURE ORDER** |
| v. | |
| DXC TECHNOLOGY COMPANY, et al., | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to the Court's May 28, 2020 Disclosure Order (ECF No. 57), Lead Plaintiffs Neil Costanzo, Ronald Jackson, and Ronald W. Fallness hereby state they do not object to Magistrate Judge Virginia K. DeMarchi acting as the discovery referral judge in this matter.

Dated:  June 11, 2020

**GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Kara M. Wolke*
Robert V. Prongay (#270796)
Kara M. Wolke (#241521)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: kwolke@glancylaw.com

LEVI & KORSINSKY, LLP
Adam M. Apton (#316506)
Adam C. McCall (#302130)
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com
Email: amccall@zlk.com

*Counsel for Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

1
PLAINTIFFS' RESPONSE TO ORDER REGARDING DISCLOSURE
Case No. 5:19-CV-05794-BLF

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On June 11, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2020 at Los Angeles, California.

*/s/ Kara M. Wolke*
Kara M. Wolke