LATHAM & WATKINS LLP
Jamie L. Wine (Bar No. 181373)
*jamie.wine@lw.com*
Kevin McDonough (*pro hac vice*)
*kevin.mcdonough@lw.com*
885 Third Avenue
New York, New York, 10022-4834
T:  +1.212.906.1200 / F: +1.212.906.1200

Stephen P. Barry (*pro hac vice*)
*stephen.barry@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
T: +1.202.637.2200 / F: +1.202.637.2201

Nada L. Boutros (Bar No. 287163)
*nada.boutros@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
T: +1.415.391.0600 / F: +1.415.395.8095

*Attorneys for Defendants DXC Technology Company,*
*Mukesh Aghi, Amy E. Alving, David Herzog, Sachin*
*Lawande, J. Michael Lawrie, Julio A. Portalatin,*
*Peter Rutland, Manoj P. Singh, and Robert F. Woods*

*Additional counsel of record listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| NEIL COSTANZO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DXC TECHNOLOGY COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY, RISHI VARMA, TIMOTHY C. STONESIFER, JEREMY K. COX, MUKESH AGHI, AMY E. ALVING, DAVID HERZOG, SACHIN LAWANDE, J. MICHAEL LAWRIE, JULIO A. PORTALATIN, PETER RUTLAND, MANOJ P. SINGH, MARGARET C. WHITMAN, and ROBERT F. WOODS, <br><br> Defendants. | CASE NO. 5:19-CV-05794-BLF <br><br> **DEFENDANTS' STATEMENT OF RECENT DECISION PURSUANT TO LOCAL RULE 7-3(d)(2)** <br><br> Judge:    Hon. Beth Labson Freeman |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants DXC Technology Company, Hewlett Packard Enterprise Company, Rishi Varma, Timothy C. Stonesifer, Jeremy K. Cox, Mukesh Aghi, Amy E. Alving, David Herzog, Sachin LaWande, J. Michael Lawrie, Julio A. Portalatin, Peter Rutland, Manoj P. Sing, Margaret C. Whitman, and Robert F. Woods respectfully submit this Statement of Recent Decision in support of their Joint Motion to Dismiss the Second Amended Complaint (ECF No. 78) (the "Motion to Dismiss").

On January 26, 2021 the United States Court of Appeals for the Ninth Circuit issued its decision in *Friedman v. Tesla, Inc.*, No. 19-15672 (Dkt. No. 48-1 filed Jan. 26, 2021), attached hereto as Exhibit A.  Defendants respectfully submit that the *Tesla* decision is relevant to their pending Motion to Dismiss, particularly with respect to the application of the PSLRA safe harbor for forward-looking statements.  *See* Ex. A at 12-21.

Dated:  January 29, 2021

Respectfully submitted,

LATHAM & WATKINS LLP

By:  /s/ Jamie L. Wine
Jamie L. Wine (Bar No. 181373)
Kevin McDonough (*pro hac vice*)
885 Third Avenue
New York, NY 10022-4834
T:  +1.212.906.1200 / F:  +1.212.906.1200
jamie.wine@lw.com
kevin.mcdonough@lw.com

Stephen P. Barry (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
T: +1.202.637.2200 / F: +1.202.637.2201
stephen.barry@lw.com

Nada L. Boutros (Bar No. 287163)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: +1.415.391.0600 / F: +1.415.395.8095
nada.boutros@lw.com

*Attorneys for Defendants DXC Technology Company, Mukesh Aghi, Amy E. Alving, David Herzog, Sachin Lawande, J. Michael Lawrie, Julio A. Portalatin, Peter Rutland, Manoj P. Singh, and Robert F. Woods*

Dated:  January 29, 2021

WILSON SONSINI GOODRICH & ROSATI

By:  /s/ Steven M. Schatz
Steven M. Schatz (Bar No. 118356)
Douglas W. McManaway (Bar No. 317067)
650 Page Mill Road
Palo Alto, CA 94304-1050
T: +1.650.493.9300 / F: +1.650.565.5100
sschatz@wsgr.com
dmcmanaway@wsgr.com

Katherine L. Henderson (Bar No. 242676)
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
T: +1.415.947.2000 / F: +1.415.947.2099
khenderson@wsgr.com

CASE NO. 5:19-cv-05794-BLF
DEFENDANTS' STATEMENT OF RECENT
DECISION

Dated:  January 29, 2021                  MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Joseph E. Floren
Joseph E. Floren (Bar No. 168292)
One Market, Spear Street Tower
San Francisco, CA 94105
T: +1.415.442.1391 / F: +1.415.442.1001
joseph.floren@morganlewis.com

Marc J. Sonnenfeld (*pro hac vice*)
Laura H. McNally (*pro hac vice*)
Karen Pieslak Pohlmann (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921
T: +1.215.963.5000 / F: +1.215.963.5001
marc.sonnenfeld@morganlewis.com
laura.mcnally@morganlewis.com
karen.pohlmann@morganlewis.com

*Attorneys for Defendants*
*Hewlett Packard Enterprise Company, Rishi Varma,*
*Timothy C. Stonesifer, Jeremy K. Cox, and Margaret C.*
*Whitman*

**<u>ATTESTATION</u>**

I, Jamie L. Wine, am the ECF user whose ID and password are being used to file Defendants' Statement of Recent Decision Pursuant to Local Rule 7-3(d)(2).  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: January 29, 2021                    /s/ Jamie L. Wine
                                           Jamie L. Wine

CASE NO. 5:19-cv-05794-BLF
DEFENDANTS' STATEMENT OF RECENT
DECISION

4