

75 Broadway, Suite 202
San Francisco, CA 94111
T: 415-373-1671
F: 212-363-7171
www.zlk.com

**Adam C. McCall**
amccall@zlk.com

October 28, 2021

<u>**VIA ECF**</u>

Honorable District Judge Beth Labson Freeman
San Jose Courthouse, Courtroom 3 – 5th Floor
280 South 1st Street
San Jose, CA 95113

**Re:**          *Costanzo v. DXC Technology Company et al*
                Case 5:19-cv-05794-BLF (N.D. Cal.)

Dear Judge Freeman:

Please find attached the requested citation during today's October 28, 2021, hearing in the above referenced matter relating to Plaintiffs' reliance on the *Hilton* complaint. *See* Exhibit A, *Evanston Police Pension Fund v. McKesson Corp.*, 411 F. Supp. 3d 580, 593 (N.D. Cal. 2019). Plaintiffs have also attached the prior transcript in which this issue was previously discussed. *See* Exhibit B, at 28-30.

Respectfully submitted,

*Adam C. McCall*

Adam C. McCall