# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NEIL COSTANZO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DXC TECHNOLOGY COMPANY, et al.,<br><br>    Defendants. | Case No. 19-cv-05794-BLF<br><br>**JUDGMENT** |

Plaintiffs' Third Amended Complaint having been dismissed without leave to amend and the action having been dismissed with prejudice,

It is hereby ordered and adjudged that Plaintiffs take nothing by this action and that Judgment is entered for Defendants and against Plaintiffs.

Dated: December 14, 2021

_____
BETH LABSON FREEMAN
United States District Judge